1  Erwin J. Shustak (CA Bar No. 119152)
   Jonah A. Toleno (CA Bar No. 209600)
2  SHUSTAK & PARTNERS, P.C.
   401 West "A" Street, Suite 2330
3  San Diego, CA 92101
   Telephone: (619) 696-9500
4  Facsimile: (619) 615-5290

5  Attorneys for Plaintiff

FILED
2008 MAY -5 PM 1:43
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMAGENETIX, INC., a Nevada Corporation, | Case No. '08 CV 0814 JLS POR |
| Plaintiff, | PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT |
| vs. | |
| MONAVIE LLC, a Utah Limited Liability Company; MONA VIE, INC., a Utah Corporation; MONARCH HEALTH SCIENCES, INC., a Utah Corporation; DALLIN LARSEN, HENRY MARSH, RANDY LARSEN, AMY COWLEY, JOHN BRIGHAM HART (a/k/a BRIG HART), LITA HART, STEVEN MERRITT, GINA MERRITT, CORBIN ROUSH, HOLLY ROUSH, CHARLES KALB, DEBORAH KALB, RONALD PRUDHOMME, BRENDA PRUDHOMME, EDWARD ARISTIZABAL, SHELLY ARISTIZABAL, BRIAN CATTANO, JILL CATTANO, MATTHEW CURTIS, KIMBERLY CURTIS, TINA DUPART (a/k/a TINA DAOUST), TODD HARTOG, ANGELIQUE HARTOG, RODNEY HOWARD-BROWNE, ADONICA HOWARD-BROWNE, MICKEY KARSHNER (a/k/a MICK KARSHNER), VICTORIA KARSHNER, JASON LYONS, CARRIE LYONS, ANGEL MATOS, GRAYSON MAULE, KEN PORTER, ROBERT ROBINSON, LINDA ROBINSON, DEVON ROBINSON, TODD SMITH (a/k/a RICHARD TODD SMITH), STEPHANIE | |
| (caption continued on next page) | |

- 1 -
PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

| | |
|---|---|
| 1 | SMITH, FRANK SOUCINEK JR., CYNTHIA ) |
| 2 | SOUCINEK, BRIAN THAYER, JACQUELINE ) THAYER, BO VANPELT, CARRIE VANPELT,) |
| 3 | as individuals; BLACK DIAMOND ) UNIVERSITY, INC., a California Corporation; ) |
| 4 | DARRELL UTTERBACH, TRACY ) UTTERBACH, JOSEPH LICCIARDI, ) |
| 5 | PATRICE LICCIARDI, ANDRE WALTON, ) (a/k/a KENNETH ANDRE WALTON), PENNY ) |
| 6 | WALTON, JAMES BELLACERA, (a/k/a JIM ) BELLACERA), DENISE BELLACERA, ) |
| 7 | KELLY BANGERT, JILLIAN BANGERT, ) ERIC M. GUTMAN, REBEKAH GUTMAN, as ) |
| 8 | individuals, and DOES 1-10,000, inclusive, ) |
| 9 | ) |
| 10 | Defendants. ) |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, Plaintiff IMAGENETIX, INC., states the following:

IMAGENETIX, INC. is a corporation organized under the laws of the state of Nevada with its principal place of business at 10845 Rancho Bernardo Road, Suite 105, San Diego, California 92127, and there is no publicly held corporation that owns 10% or more of its stock.

DATED: May 5, 2008

Submitted by,

SHUSTAK & PARTNERS, P.C.
ERWIN J. SHUSTAK
JONAH A. TOLENO

_____
JONAH A. TOLENO

401 West "A" Street, Suite 2330
San Diego, CA 92101
Telephone: (619) 696-9500
Facsimile: (619) 615-5290

Attorneys for Plaintiff