Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

IMAGENETIX, INC., a Nevada Corporation,

vs

MONAVIE LLC, a Utah Limited Liability Company, et al.; see Attachment "A" to Summons in a Civil Action, for additional named defendants

SUMMONS IN A CIVIL ACTION

Case No.

**FILED MAY 0 5 2008** CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY ___ DEPUTY

'08 CV 0814 JLS POR

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Erwin J. Shustak, Esq. (CA Bar No. 119152)
Jonah A. Toleno, Esq. (CA Bar No. 209600)
SHUSTAK & PARTNERS - 401 West A Street, Suite 2330, San Diego, CA 92101, (619) 696-9500

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
K. HAMERLY
By _____, Deputy Clerk

MAY 0 5 2008
DATE

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)



**ATTACHMENT "A"**
to
**SUMMONS IN A CIVIL ACTION**
(Defendants named in addition to DEFENDANT MONAVIE LLC)

(additional defendants): MONA VIE, INC., a Utah Corporation; MONARCH HEALTH SCIENCES, INC, a Utah Corporation; DALLIN LARSEN, HENRY MARSH, DELL BROWN, RANDY LARSEN, AMY COWLEY, JOHN BRIGHAM HART (a/k/a BRIG HART), LITA HART, STEVEN MERRITT, GINA MERRITT, CORBIN ROUSH, HOLLY ROUSH, CHARLES KALB, DEBORAH KALB, RONALD PRUDHOMME, BRENDA PRUDHOMME, EDWARD ARISTIZABAL, SHELLY ARISTIZABAL, BRIAN CATTANO, JILL CATTANO, MATTHEW CURTIS, KIMBERLY CURTIS, TINA DUPART (a/k/a TINA DAOUST), TODD HARTOG, ANGELIQUE HARTOG, RODNEY HOWARD-BROWNE, ADONICA HOWARD-BROWNE, MICKEY KARSHNER (a/k/a MICK KARSHNER), VICTORIA KARSHNER, JASON LYONS, CARRIE LYONS, ANGEL MATOS, GRAYSON MAULE, KEN PORTER, ROBERT ROBINSON, LINDA ROBINSON, DEVON ROBINSON, TODD SMITH, (a/k/a RICHARD TODD SMITH), STEPHANIE SMITH, FRANK SOUCINEK JR., CYNTHIA SOUCINEK, BRIAN THAYER, JACQUELINE THAYER, BO VANPELT, CARRIE VANPELT, as individuals; BLACK DIAMOND UNIVERSITY, INC., a California Corporation; DARRELL UTTERBACH, TRACY UTTERBACH, JOSEPH LICCIARDI, PATRICE LICCIARDI, ANDRE WALTON, (a/k/a KENNETH ANDRE WALTON), PENNY WALTON, JAMES BELLACERA, (a/k/a JIM BELLACERA), DENISE BELLACERA, KELLY BANGERT, JILLIAN BANGERT, ERIC M. GUTMAN, and REBEKAH GUTMAN, as individuals, and DOES 1 through 10,000, inclusive,

Defendants.